No. 717, Misc. HELLAND *v.* RHAY, PENITENTIARY SUPERINTENDENT. Petition for writ of certiorari to the Supreme Court of Washington and for other relief denied.

No. 437. STOCK *v.* TERRENCE, STATE HOSPITAL DIRECTOR, 371 U. S. 206;

No. 545. JAMIESON *v.* CHICAGO TITLE & TRUST CO. ET AL., 371 U. S. 232;

No. 555. SWALLOW *v.* UNITED STATES, 371 U. S. 950;

No. 558. AERONAUTICAL COMMUNICATIONS EQUIPMENT, INC., *v.* PIERCE, EXECUTRIX, 371 U. S. 954;

No. 568. BATTEN ET AL. *v.* UNITED STATES, 371 U. S. 955;

No. 584. EASTER *v.* DEPARTMENT OF ASSESSMENTS OF BALTIMORE CITY, 371 U. S. 235;

No. 620. LAING *v.* VIRGINIA, 371 U. S. 962; and

No. 452, Misc. NAPIER *v.* UNITED STATES ET AL., 371 U. S. 186. Petitions for rehearing denied.

No. 256. IN RE ESTATE OF HURST, 371 U. S. 862, 931. Motion for leave to file second petition for rehearing denied.

FEBRUARY 22, 1963.

No. 1061, Misc. BATES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk*, Attorney General of California, and *Arlo E. Smith*, Chief Assistant Attorney General, for respondent.

No. 743, Misc. MARTIN *v.* KENTUCKY, 371 U. S. 969. Petition for rehearing denied.